## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JENNIFER JONES and KAYLEY-LYNN JONES,

    Plaintiffs,

v.    Case No. 6:20-cv-498-WWB-LHP

MAGIC BURGERS, LLC,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Unopposed Amended Motion to Approve Acceptance of Offers of Judgment (Doc. 62).  United States Magistrate Judge Leslie Hoffman Price issued a Report and Recommendation (Doc. 64), in which she recommends that Plaintiffs' Motion be granted.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 64) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Unopposed Amended Motion to Approve Acceptance of Offers of Judgment (Doc. 62) is **GRANTED**.  Plaintiffs' acceptance of Defendant's Proposal[s] for Settlement (Doc. 62-1) is **APPROVED**, and this case is **DISMISSED with prejudice**.  All pending motions are **DENIED as moot**.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on March 1, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record